UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CHANEY,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　　　　Respondent. | Case No. EDCV 20-0017-JGB (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

　　　Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

　　　Accordingly, IT IS ORDERED THAT:

　　　1.　　The Report and Recommendation is approved and accepted;

　　　2.　　Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED:  March 11, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE