JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CHANEY,<br><br>                  Petitioner,<br><br>        v.<br><br>KEN CLARK, Warden,<br><br>                  Respondent. | Case No. EDCV 20-0017-JGB (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

///

DATED: March 11, 2022

                                        HONORABLE JESUS G. BERNAL
                                        UNITED STATES DISTRICT JUDGE